UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

N-04-2

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO.3:02CR333(DJS) |
| v. : | Violation: 42 U.S.C.§ 408(a)(6) |
| : | (Social Security Fraud) |
| COURTNEY SHERWOOD : | |
| a/k/a ALAN DAVID HOWARD : | |
| : | |

**SUPERSEDING INDICTMENT**

The Grand Jury Charges:

**COUNT ONE**

On or about December 7, 2001, in Hartford, in the District of Connecticut, the defendant, COURTNEY SHERWOOD, did willfully, knowingly, and with intent to deceive the Commissioner of Social Security as to his true identity, furnish and caused to be furnished false information to said Commissioner of Social Security with respect to information required by the Commissioner of Social Security in connection in the establishment and maintenance of records by the Social Security Administration, an agency of the United States, in that the defendant, COURTNEY SHERWOOD, in a written application to obtain a replacement Social Security Card stated that his name was Alan David Howard and that he had been born in New York, New York on October 6, 1968, when in truth and in fact, as he then and there well knew, he was not the Alan David Howard who had been born in New York, New York on October 6, 1968.

All in violation of Title 42, United States Code, Section 408(a)(6).

                                                  A TRUE BILL

                                                  _____

                                                  FOREPERSON

UNITED STATES OF AMERICA

_____
KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

_____
PETER S. JONGBLOED
SUPERVISORY, ASSISTANT U.S. ATTORNEY

   /s/_____
MICHAEL E. RUNOWICZ
ASSISTANT U.S. ATTORNEY